## MINTZ & GOLD LLP
ATTORNEYS AT LAW

470 PARK AVENUE SOUTH
10TH FLOOR NORTH
NEW YORK, NEW YORK 10016

TELEPHONE (212) 696-4848
FACSIMILE (212) 696-1231
www.mintzandgold.com

STEVEN W. GOLD
STEVEN G. MINTZ*
ALAN KATZ
JEFFREY D. POLLACK*
STEVEN A. SAMIDE
SCOTT A. KLEIN
TERENCE W. MCCORMICK
PAUL OSTENSEN
LISABETH HARRISON
JACK A. HORN
MARK POMERANTZ
ALEXANDER H. GARDNER
NOREEN E. COSGROVE
RYAN W. LAWLER*
KEVIN M. BROWN
HEATH LORING*
TIMOTHY H. WOLF
JESSICA L. BOFFA*
ADAM R. SELDON*

*ALSO ADMITTED IN NEW JERSEY

OF COUNSEL

HONORABLE VITO J. TITONE *(dec.)*
(NY State Court of Appeals 1985-1998)

HONORABLE HOWARD MILLER
(NY Appellate Div. 1999-2010 [ret.])

HARVEY J. HOROWITZ
NEAL M. GOLDMAN
ERIC M. KUTNER*
ANDREW P. NAPOLITANO*

*ADMITTED TO PRACTICE ONLY BEFORE ALL
COURTS IN NEW JERSEY AND ALL FEDERAL COURTS
IN NEW YORK CITY

May 9, 2013

**Via Email at ForrestNYSDChambers@nysd.uscourts.gov**

Hon. Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 745
New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 13 2013

   Re: Mintz & Gold LLP v. Alfredo Joseph Battaglia
     <u>Case Number 13 CV 0512</u>

Dear Judge Forrest:

   This firm is the *pro se* plaintiff in this action to confirm an arbitration award in its favor and against defendant Alfredo Joseph Battaglia. Defendant's request to adjourn the May 14, 2013 pre-trial conference until July 8, 2013 should be denied. Indeed, we believe his request is nothing more than a continuation of his dilatory tactics to obfuscate the legal process. The defendant has failed to appear at the April 17, 2013 pre-trial conference in this action despite numerous attempts to notify him of the pre-trial conference. In fact, on multiple occasions this firm notified defendant of the pre-trial conference by email, voicemail and mail. Despite these multiple attempts, defendant failed to request an adjournment or appear at the duly noticed pre-trial conference. Indeed, defendant rejected service of the pre-trial conference notices and attempts to enter into a joint scheduling order. Moreover, defendant previously failed to appear at the underlying duly noticed arbitration proceedings three times.

## MINTZ & GOLD LLP
ATTORNEYS AT LAW

Hon. Katherine B. Forrest
United States District Court
Southern District of New York
May 9, 2013
Page 2

  Your Honor's April 17, 2013 Order states that "should defendant fail to appear at that conference, the Court will take appropriate action, including the possibility of default judgment." Accordingly, we respectfully request that this Court deny defendant's request for an adjournment of the May 14, 2013 pre-trial conference and enter a default judgment against defendant should he fail to appear at the pre-trial conference.

                Respectfully submitted,

                Ryan W. Lawler

cc: Alfredo Joseph Battaglia
   (*Via Email and US Mail*)

---

**ORDERED**

Post on Docket  5/13/13

K. B. For_____
Katherine B. Forrest, USDJ